FOURTH DEPARTMENT, SEPTEMBER, 1974

(September 12, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SAMUEL B. GALOOB, Respondent.— Appeal dismissed upon stipulation. (Appeal from order of Chautauqua County Court granting motion to suppress.) Present— Marsh, P. J., Cardamone, Simons, Goldman and Del Vecchio, JJ.